Submitted July 1, reversed September 8, 2016

In the Matter of G. B.,
a Person Alleged to have a Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

G. B.,
*Appellant.*

Lane County Circuit Court
16CC00246; A161397

379 P3d 881

Maurice K. Merten, Judge.

Eric J. Deitrick and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and David B. Thompson, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Flynn, Judge.

## PER CURIAM

Appellant seeks reversal of a judgment entered pursuant to ORS 426.130 committing him to the Oregon Health Authority for a period not to exceed 180 days. Appellant argues that the record lacks sufficient evidence that he was a "person with mental illness" at the time of the hearing. *See* ORS 426.005(1)(f) (defining "[p]erson with mental illness" for purposes of ORS 426.130). The state concedes that the evidence in the record was legally insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.